OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS**
**STATE OF TEXAS**
**PENALTY FOR**
**PRIVATE USE**

2/25/2015

FEIST, HERBERT HERMAN Tr.Ct.No. 39295-O

On this day, this Court has denied "APPLICANT'S REQUEST FOR EMERGENCY
ORDER REQUIRING TRIAL COURT TO HEAR ABOVE WRIT OF HABEAS
CORPUS OR ALLOW DIRECT FILING TO THIS COURT...."

Abel Acosta, Clerk

RESORTED
FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596    FEB 27 2015
MAILED FROM WR-12,375-23

$ 00.26⁵

HERBERT HERMAN FEIST
JEFFERSON COUNTY CORRECTIONAL FACILITY #
18805                                        U TF
P. O. BOX 26007
BEAUMONT, TX 77720